**Ralph D. HAYWARD and Bernadine Hayward, Respondents,**

v.

**COLE & MYERS, INC., and Carol and Linda Wheeler, and Paul and Carol Smith, Appellants.**

**No. WD 35049.**

Missouri Court of Appeals,
Western District.

Sept. 18, 1984.

R.E. Moulthrop, Bethany, for Carl and Linda Wheeler.

Wayne Fraser, Kirksville, for Paul and Carol Smith.

Patrick Beeman of Norton, Pollard & Norton, Kansas City, for respondents, Ralph and O. Bernadine Hayward.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

This is an action to recover monies claimed due upon two promissory notes. The judgment is affirmed.

Rule 84.16(b).